**Order entered September 24, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00511-CV

**ENCORE ENTERPRISES, INC., Appellant**

**V.**

**MAHESH SHETTY, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-17200**

## ORDER

The briefing in this appeal is complete. On August 27, 2018, appellee filed a letter in response to certain statements in appellant's reply brief. Appellant filed a response August 31, 2018, arguing the letter constitutes "an improper surreply" and urging the letter be stricken.

We construe appellant's response as a motion, **GRANT** the motion, and **STRIKE** the August 27th letter.

/s/  DAVID EVANS
     JUSTICE